UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                               RE:    GLORIA BARAJAS
                                            Docket Number:   1:03CR05334 OWW
                                            **PERMISSION TO TRAVEL**
                                            **OUTSIDE THE COUNTRY**

Your Honor:

Ms. Barajas is requesting permission to travel to Tijuana, Baja California, Mexico.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 16, 2003, Ms. Barajas was sentenced for the offense of Laundering of Monetary Instruments, and Aiding and Abetting, a violation of 18 USC 1956(a)(1)(B)(I) and 2.   [Sentenced in District of Idaho; jurisdiction accepted by this Court on August 25, 2003.]

**Sentence imposed:** 36 months probation, $100 SA; <u>Special Conditions</u>: 1) Comply with probation rules; 2) Pay balance of SA in monthly payments; 3) Not possess firearm or dangerous weapon; 4) Search; and, 5) If deport, not reenter country without consent of Department of Homeland Security.

**Dates and Mode of Travel:**  February 3 and 4, 2006, via automobile.

**Purpose:**  Vacation with family.

                                              Respectfully Submitted,

                                              /s/ Hubert J. Alvarez

                                              **HUBERT J. ALVAREZ**
                                              **Senior United States Probation Officer**

RE: **GLORIA BARAJAS**
 **Docket Number:**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**DATED:**   January 26, 2006
 Fresno, California
 HJA

**REVIEWED BY:**    /s/ Bruce Vasquez
 **BRUCE A. VASQUEZ**
 **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved        X                    Disapproved _____

January 31, 2006                    /s/ OLIVER W. WANGER

**Date**
                                                           **United States Judge**